PER CURIAM.
Affirmed. See and compare Schreidell v. Shoter, 500 So.2d 228 (Fla. 3d DCA 1987); McIver v. Tallahassee Democrat, Inc., 489 So.2d 793 (Fla. 1st DCA 1986); Delgado-Santos v. State, 471 So.2d 74 (Fla. 3d DCA 1985); approved 497 So.2d 1199 (Fla.1986); From v. Tallahassee Democrat, Inc., 400 So.2d 52 (Fla. 1st DCA 1981); Okun v. Stuart House Condominium Association, Inc., 362 So.2d 713 (Fla. 3d DCA 1978); State Farm Fire and Casualty Co. v. Oskierko, 334 So.2d 61 (Fla. 3d DCA 1976); Wolfson v. Kirk, 273 So.2d 774 (Fla. 4th DCA 1973); Morceau v. Meader, 179 So.2d 242 (Fla. 3d DCA 1965); Gertz v. Robert Welch, Inc., 418 U.S. 323, 94 S.Ct. 2997, 41 L.Ed.2d 789 (1974); Loeb v. Globe Newspaper Co., 489 F.Supp. 481 (D.Mass.1980).